# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

Eszter Pryor and Jane Does 2-50,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

vs.

USA Diving, Inc.,
The Ohio State University Diving Club, and
Will Bohonyi,

    Defendants.

Case No. 1:18-cv-2113

## SUMMONS IN A CIVIL ACTION

TO: USA DIVING, INC.
   c/o Linda Paul
   1060 North Capitol Avenue, Suite E-310
   Indianapolis, IN 46204

   THE OHIO STATE UNIVERSITY DIVING CLUB
   3034 Ohio Union, 1739 N. High Street
   Columbus, OH 43210

   WILL BOHONYI
   2194 Country Corners Dr.
   Columbus, OH 43220

  A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) ☐ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ☐ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Jessica Wegg*
*Saeed & Little, LLP*
*1433 N. Meridian St., Suite 202*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____

*Signature of Clerk or Deputy Clerk*

Civil Action Number: 1:18-cv-2113