# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

Eszter Pryor and Jane Does 2-50,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

USA Diving, Inc.,
The Ohio State University Diving Club, and
Will Bohonyi,

        Defendants.

Case No. 1:18-cv-2113

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the plaintiffs, Eszter Pryor and Jane Does 2-50

Date:    July 11, 2018

s/ *Jessica A. Wegg*
Jessica A. Wegg, No. 28693-49
Saeed & Little, LLP
1433 N Meridian St, Ste 202
Indianapolis, IN 46202
(317) 721-9214
jessica@sllawfirm.com