# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Eszter Pryor and Jane Does 2-50, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USA Diving, Inc., The Ohio State University Diving Club, and Will Bohonyi,<br><br>Defendants. | Case No. 1:18-cv-2113 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the plaintiffs, Eszter Pryor and Jane Does 2-50

Date: July 11, 2018          s/ *Jonathan C. Little*
                             Jonathan C. Little, No. 27421-49
                             Saeed & Little, LLP
                             1433 N Meridian St, Ste 202
                             Indianapolis, IN 46202
                             (317) 721-9214
                             jon@sllawfirm.com