UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Eszter Pryor and Jane Does 2-50,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

USA Diving, Inc.,
The Ohio State University Diving Club, and
Will Bohonyi,

        Defendants.

Case No. 1:18-cv-2113 -WTL-MJD

## SUMMONS IN A CIVIL ACTION

TO:    USA DIVING, INC.
c/o Linda Paul
1060 North Capitol Avenue, Suite E-310
Indianapolis, IN 46204

THE OHIO STATE UNIVERSITY DIVING CLUB
3034 Ohio Union, 1739 N. High Street
Columbus, OH 43210

WILL BOHONYI
2194 Country Corners Dr.
Columbus, OH 43220

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) ☐ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ☐ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Jessica Wegg*
*Saeed & Little, LLP*
*1433 N. Meridian St., Suite 202*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: July 12, 2018

BY: *Hannah N. Sidwell*
*Deputy Clerk*

Civil Action Number: 1:18-cv-2113