Exhibit A

## Certification of Rex A. Sharp
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Jonathan C. Little of the law firm Saeed & Little, LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

   Kansas – Bar No. 12350, admitted 11/22/1985;
   Missouri – Bar No. 51205, admitted 12/19/2000;
   Oklahoma – Bar No. 011990, admitted 10/15/1986;
   Texas – Bar No. 18118800, admitted 11/8/1985; and
   Colorado – Bar No. 017389, admitted 5/23/1988.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: 7/16/18

Respectfully submitted,

_____
Rex A. Sharp
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS 66208
Telephone: 913-901-0505
Facsimile: 913-901-0419
rsharp@midwest-law.com