UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:18-cv-02113-WTL-MJD |
| | ) |
| USA DIVING, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Ryan C. Hudson to appear and participate *pro hac vice* as counsel for Plaintiffs Eszter Pryor and Jane Does 2-50 in the above-captioned cause only. [Dkt. 8.]  The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Ryan C. Hudson
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS 66204

If not already registered with the Court's Electronic Filing System, Ryan C. Hudson is ordered to register **within ten (10) days of the entry of this order**.

SO ORDERED.

Dated:  19 JUL 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.


To PHV Applicant via U.S. Mail:
Ryan C. Hudson
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS 66204