UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ESZTER PRYOR and JANE DOES 2-50, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-2113-WTL-MJD |
| v. | ) ) | |
| USA DIVING, INC., THE OHIO STATE UNIVERSITY DIVING CLUB, and WILL BOHONYI, | ) ) ) ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    USA Diving, Inc., Defendant

Dated:  August 3, 2018          Respectfully submitted,

                                  */s/ Bernard L. Pylitt*
                                  Bernard L. Pylitt, No. 5851-49
                                  KATZ KORIN CUNNINGHAM PC
                                  334 North Senate Avenue
                                  Indianapolis, Indiana 46204
                                  Telephone: 317-464-1100
                                  Facsimile: 317-464-1111
                                  Email: bpylitt@kkclegal.com

                                  *Attorney for USA Diving, Inc., Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

Jessica A. Wegg
Jonathan Charles Little
SAEED & LITTLE LLP
jessica@sllawfirm.com
jon@sllawfirm.com

Bernard L. Pylitt
Kristopher N. Kazmierczak
KATZ KORIN CUNNINGHAM PC
bpylitt@kkclegal.com
kkaz@kkclegal.com

Rex A. Sharp
Larkin E. Walsh, *Pro Hac Vice*
Ryan C. Hudson, *Pro Hac Vice*
Scott B. Goodger, *Pro Hac Vice*
REX A. SHARP, P.A.
rsharp@midwest-law.com
lwalsh@midwest-law.com
rhudson@midwest-law.com
sgoodger@midwest-law.com


*/s/ Bernard L. Pylitt*
Bernard L. Pylitt

KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100
Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com