UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR and JANE DOES 2-50, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>USA DIVING, INC., THE OHIO STATE UNIVERSITY DIVING CLUB, and WILL BOHONYI,<br><br>    Defendants. | Case No. 1:18-cv-2113-WTL-MJD |

## **APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    USA Diving, Inc., Defendant

Dated:  August 3, 2018                      Respectfully submitted,

                                                    */s/ Kristopher N. Kazmierczak*
                                                    Kristopher N. Kazmierczak, No. 19430-49
                                                    KATZ KORIN CUNNINGHAM PC
                                                    334 North Senate Avenue
                                                    Indianapolis, Indiana 46204
                                                    Telephone: 317-464-1100
                                                    Facsimile: 317-464-1111
                                                    Email: kkaz@kkclegal.com

                                                    *Attorney for USA Diving, Inc., Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of August, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Jessica A. Wegg | Rex A. Sharp |
| Jonathan Charles Little | Larkin E. Walsh, *Pro Hac Vice* |
| SAEED & LITTLE LLP | Ryan C. Hudson, *Pro Hac Vice* |
| jessica@sllawfirm.com | Scott B. Goodger, *Pro Hac Vice* |
| jon@sllawfirm.com | REX A. SHARP, P.A. |
| | rsharp@midwest-law.com |
| Bernard L. Pylitt | lwalsh@midwest-law.com |
| Kristopher N. Kazmierczak | rhudson@midwest-law.com |
| KATZ KORIN CUNNINGHAM PC | sgoodger@midwest-law.com |
| bpylitt@kkclegal.com | |
| kkaz@kkclegal.com | |

                                              */s/ Kristopher N. Kazmierczak*
                                              Kristopher N. Kazmierczak

KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100
Facsimile: 317-464-1111
Email: kkaz@kkclegal.com