IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>USA DIVING, INC.,<br>THE OHIO STATE UNIVERSITY DIVING CLUB, and WILL BOHONYI,<br><br>   *Defendants.* | Case No. 1:18-cv-2113-WTL-MJD |

## NOTICE OF APPEARANCE

Brian S. Jones hereby enters his appearance in the above-captioned matter as special counsel for The Ohio State University Diving Club.

Dated: August 14, 2018

Respectfully submitted,

MICHAEL DeWINE

ATTORNEY GENERAL OF OHIO

/s/ Brian S. Jones
BRIAN S. JONES
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (fax)
b.jones@boselaw.com

and

Michael H. Carpenter

(*Pro Hac Vice Admission to Be Requested*)
Timothy R. Bricker
(*Pro Hac Vice Admission to Be Requested*)
Caitlin E. Vetter
(*Pro Hac Vice Admission to Be Requested*)
**CARPENTER LIPPS AND LELAND LLP**
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
vetter@carpenterlipps.com

**SPECIAL COUNSEL FOR DEFENDANT THE OHIO STATE UNIVERSITY DIVING CLUB**

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also sent by first-class U.S. Mail to:

> William Bohonyi
> 2194 Country Corners Dr.
> Columbus, Ohio 43220

> /s/ Brian S. Jones
> BRIAN S. JONES

3482894