# Exhibit "A"

# Exhibit A

## Certification of Michael H. Carpenter
## In Support of Motion to Appear *Pro Hac Vice*

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Brian S. Jones of the law firm Bose McKinney & Evans LLP, and pursuant to S. D. Ind. Local Rule 83-6(b)(2), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): the Supreme Court of Ohio (1977), the Southern District of Ohio (1978), Supreme Court of the United States (1989), the Northern District of Ohio (1989), the Sixth Circuit (1989), the Third Circuit (1992), the Fourth Circuit (1995), the Eleventh Circuit (2011), and the Fifth Circuit (2013).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: August 14, 2018

Respectfully submitted,

*/s/ Michael H. Carpenter*

Michael H. Carpenter
**CARPENTER LIPPS AND LELAND LLP**
280 North High Street
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
carpenter@carpenterlipps.com