IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, LOGAN KLINE, MARISSA JOHNSON, and JANE DOES 4-50, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>USA DIVING, INC., THE OHIO STATE UNIVERSITY DIVING CLUB, and WILL BOHONYI,<br><br>　　*Defendants*. | Case No. 1:18-cv-2113-WTL-MJD |

**MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF ATTORNEY TIMOTHY R. BRICKER**

　　Brian S. Jones of the law firm Bose McKinney & Evans LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Timothy R. Bricker of Carpenter Lipps & Leland LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of The Ohio State University Diving Club in the above-styled cause only. In support of this motion, the undersigned states:

　　1. The Certification of Timothy R. Bricker, as required by S.D. Ind. Local Rule 83-6(b)(2), is attached hereto as Exhibit "A."

　　2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Timothy R. Bricker leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 14, 2018          Respectfully submitted,

MICHAEL DeWINE

ATTORNEY GENERAL OF OHIO


/s/ Brian S. Jones
BRIAN S. JONES
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (fax)
b.jones@boselaw.com

**SPECIAL COUNSEL FOR DEFENDANT THE OHIO STATE UNIVERSITY DIVING CLUB**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system. A copy was also sent by first-class U.S. Mail to:

>William Bohonyi
>2194 Country Corners Dr.
>Columbus, Ohio 43220

>/s/ Brian S. Jones
>BRIAN S. JONES