UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ESZTER PRYOR, | ) | |
| JANE DOES 2-50, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-02113-WTL-MJD |
| | ) | |
| USA DIVING, INC., | ) | |
| THE OHIO STATE UNIVERSITY DIVING | ) | |
| CLUB, | ) | |
| WILL BOHONYI, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Michael H. Carpenter to appear and participate *pro hac vice* as counsel for Defendant The Ohio State University Diving Club in the above-captioned cause only. [Dkt. 22.]  The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Michael H. Carpenter
CARPENTER LIPPS & LELAND LLP
280 North High Street, Suite 1300
Columbus, OH 43215
(614) 365-4100
(614) 365-9145
carpenter@carpenterlipps.com

SO ORDERED.

Dated:  15 AUG 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.