UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR,<br>JANE DOES 2-50,<br><br>           Plaintiffs,<br><br>      v.<br><br>USA DIVING, INC.,<br>THE OHIO STATE UNIVERSITY DIVING CLUB,<br>WILL BOHONYI,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:18-cv-02113-WTL-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Caitlin E. Vetter to appear and participate *pro hac vice* as counsel for Defendant The Ohio State University Diving Club in the above-captioned cause only. [Dkt. 24.]  The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Caitlin E. Vetter
CARPENTER LIPPS & LELAND LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile:  (614) 365-9145
vetter@carpenterlipps.com

SO ORDERED.

Dated:  15 AUG 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.