# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Eszter Pryor, <br> Logan Kline, <br> Marissa Johnson, <br> and Jane Does 4-50, <br> on behalf of themselves and <br> all others similarly situated, <br><br>     Plaintiffs, <br><br> vs. <br><br> USA Diving, Inc., <br> The Ohio State University Diving Club, and <br> Will Bohonyi, <br><br>     Defendants. | Civil Case No. 1:18-cv-2113-WTL-MJD |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
## DEFENDANT OHIO STATE DIVING CLUB

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Eszter Pryor, Logan Kline, Marissa Johnson and Jane Does 4-50 hereby voluntarily dismiss their claims *without prejudice* against The Ohio State University Diving Club, and only against this defendant, in the above-captioned action. Defendants USA Diving and Will Bohonyi remain defendants in this action. Defendants have not served either an answer or a motion for summary judgment in this case. No other procedural requirement applies to this notice.

  Dated this 29 August  2018

Respectfully submitted:

/s/ Jonathan Little
Jonathan Little, No. 27421-49
Jessica Wegg, No.28693-49
Saeed and Little, LLP
1433 N. Meridian Street
Indianapolis, IN 46202
317-721-9214
jon@sllawfirm.com
jessica@sllawfirm.com


Rex A. Sharp, *admitted pro hac vice*
Ryan C. Hudson, *admitted pro hac vice*
Larkin E. Walsh, *admitted pro hac vice*
Scott B. Goodger, *admitted pro hac vice*
Sharp Law | Rex A. Sharp, P.A.
5301 W. 75th St.
Prairie Village, KS 66208
913.901.0505
913.901.0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sgoodger@midwest-law.com

**CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed via the Court's ECF system on this 29th day of August, 2018. Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system. In addition, this amended pleading will be served on those defendants who have not appeared in the case in accord with Fed. R. Civ. P. 4.

                                /s/ Jonathan Little_____
                                Jonathan Little, No. 27421-49
                                Counsel for Plaintiffs