IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Eszter Pryor,<br>Logan Kline,<br>Marissa Johnson,<br>and Jane Does 4-50,<br>on behalf of themselves and<br>all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>USA Diving, Inc.,<br>The Ohio State University Diving Club, and<br>Will Bohonyi,<br><br>       Defendants. | Acknowledged on 8/30/2018.<br>s/William T. Lawrence, Judge<br>Notice via ECF<br><br><br><br>Civil Case No. 1:18-cv-2113-WTL-MJD |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
DEFENDANT OHIO STATE DIVING CLUB**

      Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Eszter Pryor, Logan Kline, Marissa Johnson and Jane Does 4-50 hereby voluntarily dismiss their claims *without prejudice* against The Ohio State University Diving Club, and only against this defendant, in the above-captioned action. Defendants USA Diving and Will Bohonyi remain defendants in this action. Defendants have not served either an answer or a motion for summary judgment in this case. No other procedural requirement applies to this notice.

    Dated this 29 August  2018