UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, LOGAN KLINE, MARISSA JOHNSON, and JANE DOES 4-50, on behalf of themselves and all Others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 1:18-cv-2113-WTL-MJD |
| ) v. ) ) USA DIVING, INC., and ) WILL BOHONYI, ) ) Defendants. ) | |

**NOTICE OF SUBMISSION OF EXHIBIT A TO DEFENDANT USA DIVING, INC.'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN IMMATERIAL ALLEGATIONS FROM THE AMENDED COMPLAINT**

Defendant USA Diving, Inc. respectfully submits Exhibit A to its Brief in Support of its Motion to Strike Certain Immaterial Allegations from the Amended Complaint inadvertently omitted from the filing on October 1, 2018 as an attachment to Dkt [33].

Respectfully submitted,

*/s/ Kristopher N. Kazmierczak*
Bernard L. Pylitt, Atty. No. 5851-49
Kristopher N. Kazmierczak, No. 19430-49
KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100 Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com
  kkaz@kkclegal.com

*Attorneys for USA Diving, Inc., Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of October, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Jessica A. Wegg<br>Jonathan Charles Little<br>SAEED & LITTLE LLP<br>jessica@sllawfirm.com<br>jon@sllawfirm.com<br><br>Bernard L. Pylitt<br>Kristopher N. Kazmierczak<br>KATZ KORIN CUNNINGHAM PC<br>bpylitt@kkclegal.com<br>kkaz@kkclegal.com | Rex A. Sharp<br>Larkin E. Walsh, *Pro Hac Vice*<br>Ryan C. Hudson, *Pro Hac Vice*<br>Scott B. Goodger, *Pro Hac Vice*<br>REX A. SHARP, P.A.<br>rsharp@midwest-law.com<br>lwalsh@midwest-law.com<br>rhudson@midwest-law.com<br>sgoodger@midwest-law.com |

                                         */s/ Kristopher N. Kazmierczak*
                                         Kristopher N. Kazmierczak

KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100
Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com
         kkaz@kkclegal.com

**EXHIBIT "A" TO DEFENDANT USA DIVING, INC.'S MOTION TO STRIKE**

**Argument Heading**
**For Basis to Strike**

    A.    **References to the USOC or its Dealings, or SafeSport Are Immaterial, Irrelevant, and Impertinent to Provide Fair Notice of Plaintiffs' Alleged Claims as to USA Diving and Because the USOC and SafeSport Are Not Parties to this Litigation**

    B.    **References to Congressional Acts or Testimony, Pre-Enactment and Enactment of Laws, or Interpretations by Plaintiffs Thereto, Are Immaterial, Irrelevant and Impertinent and Are Not Intended to Nor Do They Put USA Diving on Fair Notice of Any Sort of Claim**

    C.    **References to Financial or Insurance Information is Immaterial, Irrelevant, and Impertinent**

    D.    **Scandalous Remarks and Advocacy Should be Stricken**

    E.    **References and Footnotes to Inadmissible Commentary Should Be Stricken**

    F.    **Matter that is Unrelated to Plaintiffs or Occurring After-the-Fact Should be Stricken as Impertinent**

| Allegation Paragraph | Page | Quote from Complaint | Basis to Strike |
|---|---|---|---|
| 4 | 1 | The leaders of Team USA, including those who run the USOC and USA Diving, tolerate and often facilitate the sexual abuse of children by coaches and other adults.1<br><br>1 Will Hobson, *Victims Say the USOC Deserves Blame for America's Olympic Sex Abuse Problem*, WASH. POST (Feb. 23, 2018), https://www.washingtonpost.com/sports/olympics/victims-say-the-usoc-deserves-blame-for-americas-olympic-sex-abuse-problem/2018/02/23/b5afe70a-1270-11e8-9065-e55346f6de81_story.html?noredirect=on&utm_term=.303109b367f2. | **A, C, E (note 1)** |
| 5 | 1 | With hundreds of millions of dollars on its balance sheet (all of it earned off the backs and labor of Team USA's athletes), the USOC and its NGBs (including USA Diving) could have long ago stopped and helped prevent much of this sexual misconduct, which has been rampant in USA Diving and other sports for decades. | **A, C** |
| 6 | 2 | Because of the USOC's complete failure to regulate its NGBs or stop the widespread sexual abuse of Team USA's athletes, Congress stepped in and enacted the Protecting Young Victims from Sexual Abuse and Safe Sport Authorization Act of 2017 ("The 2017 Sports Abuse Act"). | **A, B** |

| 7 | 2 | This legislation took effect in February 2018 and was passed in direct response to "allegations of sexual abuse made against personnel involved with USA Gymnastics, USA Swimming, and USA Taekwondo and follows hearings [in 2017] before the Senate Judiciary Committee and the Senate Commerce Committee on athlete safety issues."[2]<br><br>[2] Senator Susan Collins, *At Press Conference with Former Olympic Gymnasts, Senator Collins Urges Colleagues to Support Legislation She Introduced with Senator Feinstein to Protect Athletes from Sexual Abuse*, COLLINS.SENATE.GOV (Jan. 30, 2018), https://www.collins.senate.gov/newsroom/press-conference-former-olympic-gymnasts-senator- collins-urges-colleagues-support | **B**<br>**E (note 2)** |
| 8 | 2 | Architected by Senators Dianne Feinstein (D-Calif.) and Susan Collins (R-Maine), the 2017 Sports Abuse Act was introduced with the broad support of "Republican and Democratic members from both the House and the Senate, and four former Olympic gymnasts."[3]<br><br>[3] *Id.* | **B**<br>**E (note 3)** |
| 9 (footnote 4) | 2 | 4 Testimony of Sen. Feinstein, 164 CONG. REC. S589-02, 2018 WL 636521 (Jan. 30, 2018). | **B**<br>**E (note 4)** |
| 10 | 3 | Senator Feinstein further condemned the USOC's and the NGBs' commercial obsession with "medals and money"—which are pursued over the safety and wellbeing of America's young athletes:<br>    One of the common themes I heard from their stories was not just the predatory behavior of the perpetrators, but also how the USA Gymnastics institution failed to protect them. One of the women told me how she heard USA Gymnastics officials say at one point that it was their top priority to obtain "**medals and money**" and that a "reputation of a coach" should not be tarnished by an allegation raised by a victim.[5]<br><br>[5] Testimony of Sen. Feinstein, 163 CONG. REC. S1634-01, 2017 WL 900895 (Mar. 7, 2017) (emphasis added). | **B**<br>**E (note 5)** |
| 11 | 3 | This Congressional action sought to remedy decades of flagrant and knowing sexual abuse at the highest levels of Team USA, across nearly all of the 47 different Olympic sports. | **B** |
| 12 | 3 | Since 1982, more than 290 coaches and officials associated with the USOC sports organizations have been publicly accused of sexual misconduct, according to a *Washington Post* review of sport governing body banned lists, news clips, and court records in several states. The figure spans participants in 15 sports and amounts to an average of eight adults connected to an Olympic organization accused of sexual misconduct every year — or about an act of sexual abuse once every six weeks — for more than 36 years.[6] And for every | **A, B, D**<br>**E (notes 6, 7)** |

| | | | |
|---|---|---|---|
| | | one of these perpetrator coaches, there are an untold number of victims, left to suffer in the shadows.[7] <br><br>———————————— <br><br> [6] Will Hobson & Steven Rich, *Every Six Weeks for More than 36 Years: When Will Sex Abuse in Olympic Sports End?*, WASH. POST (Nov. 17, 2017), https://www.washingtonpost.com/sports/every-six-weeks-for-more-than-36-years-when-will- sex-abuse-in-olympic-sports-end/2017/11/17/286ae804-c88d-11e7-8321-481fd63f174d_story.html?utm_term=.24ca96bb8af3 <br><br> [7] USA Gymnastics team doctor Larry Nassar's known victims alone now total at least 265. *See* Leonard Greene & Jessica Schladebeck, *Judge Says 265 Have Come Forward with Sexual Assault Allegations Against Larry Nasser*, N.Y. DAILY NEWS (Jan. 31, 2018), http://www.nydailynews.com/news/national/judge-265-larry-nassar-victims-article-1.3790363 | |
| 20 | | When young athletes do report sexual abuse to adults and Team USA's executives and officials, they are often met with obstruction, denials, and cover-ups by their coaches, by USA Diving, and by the clubs that are credentialed and regulated by USA Diving. | D |
| 23 | | The combined result is a feedback loop of sexual abuse, exploitation, and forced labor of America's young athletes, all so that the officials leading the USOC and its NGBs can feed the U.S. Olympics machine, which runs on "medals and money." | D |
| 24 | | Anything or anyone that gets in the way of this commercial quest for "medals and money" is silenced, obstructed, defamed, or intimidated into keeping quiet. | D |
| 25 | 5 | This lawsuit focuses on USA Diving, but most of the other NGBs (for the 46 other Olympic sports) are rife with the same systemic sexual abuse of young athletes. | A, D |
| 26 | 5 | Fortunately, Congress created not only the USOC, but also a long list of federal statutes (including the 2017 Sports Abuse Act) with austere civil remedy provisions specifically crafted to punish and deter the very criminal conduct that was knowingly committed in this case. | B |
| 27 | 5 | Through this lawsuit, Plaintiffs shine a light on the USOC, USA Diving, the Ohio State University Diving Club, and William Bohonyi. Plaintiffs, on behalf of themselves and the Class, declare that enough is enough, that no other female athletes should have to endure the "disgusting and unnecessary"[8] exploitation, abuse, and forced labor they have experienced at the hands of the USA Diving rapists who stood at the apex—and served as the gatekeepers—of their competitive diving dreams. <br><br> ———————————— <br><br> [8] Quoting Michaela Moroney's tweet from October 2017 under hashtag #MeToo. Tom Schad, *Lawsuit Claims USA Gymnastics Paid to Quiet* | D <br> E (note 8) |

| | | | |
|---|---|---|---|
| | | *Olympic Gold Medalist McKayla Maroney Maroney,* USA TODAY (Dec. 20, 2017), https://www.usatoday.com/story/sports/olympics/2017/12/20/lawsuit-usa-gymnastics-paid-quiet- olympic-gold-medalist-mckayla-maroney/969843001/. | |
| 36 | 7 | Its website promotes the following companies as its "Partners"—which are likely its sponsors: | C |
| 43 | 8 | Congress originally chartered the United States Olympic Association in 1950 to organize and promote the United States' participation in international Olympic competition. This spun into the United States Olympic Committee (the "USOC") in 1964. | A |
| 44 | 8 | In 1978, concerned with "the disorganization and the serious factional disputes that seemed to plague amateur sports in the United States," Congress enacted the Ted Stevens Olympic and Amateur Sports Act ("the Sports Act"), P.L. 95–606 (now codified at 36 U.S.C. § 220501, *et seq*.), to codify the purpose and powers of the USOC, and to create national governing bodies ("NGBs") for each Olympic sport. | A |
| 45 | 9 | Thus, the Sports Act controls the USOC and all of its NGBs, who merely operate as extensions or agents of the USOC.[10]<br><br>[10] Title 36 U.S. Code, chapter 2205 organizes and defines the USOC as a "federally chartered corporation." 36 U.S.C. §§ 220501(b)(6), 220502(a). | A |
| 46 | 9 | As of 2018, there are 47 NGBs (one for each Olympic sport), ranging from USA Archery to USA Wrestling. | A |
| 47 | 9 | Under the Sports Act, the USOC has a duty to protect the young athletes who seek to compete in Olympic sports in the United States. The USOC is responsible for the conduct of its NGBs and is required by statute to make sure Team USA's athletes are kept safe from sexual predators. In fact, the USOC has publicly stated the same multiple times and has been forced to apologize for not upholding its promise and obligation to do so. | A |
| 48 | 9 | The USOC is motivated by only two things: medals and money. Its sole goal is to win more sponsorships and more marketing deals so that its executives and Board Members can maintain their "country club" lifestyle, which includes lavish meals, first-class airfare, luxury hotels, bloated salaries and per diems, and the fame and fortune that come from being at the helm of Team USA. In reality, the USOC has decided to sacrifice the safety and welfare of its athletes for the trappings of fame and fortune that accrue to its executives. | A |
| 49 | 9 | Sexual abuse allegations represent a threat to this steady stream of commercial success. For this reason, the USOC tries at every opportunity to suppress the public from recognizing that the USOC is a complete sham. Rather than taking seriously its admitted duty to protect Team USA's athletes, its board members and executives are focused only on themselves and their personal fringe benefits. | A |
| 50 | 10 | A review of the individual 990 forms of public nonprofits reveals that the USOC annually spends more on outside law firms—paying its politically connected law firms lavishly to defend it in lawsuits and lobby Congress to | A, C |

6

| | | | |
|---|---|---|---|
| | | stop any reforms that would jeopardize the fringe benefits of its 15 board members or the executives at the top who run the USOC—than it does on Safe Sport (the entity the USOC supposedly set up to keep athletes safe and investigate allegations of abuse). | |
| 51 | 10 | The stated purposes of the USOC include: to develop amateur athletic activity in the United States directly related to international amateur athletic competition;[11] to exercise "exclusive jurisdiction" over "all matters" pertaining to U.S. participation in the Olympic and Pan-American Games;[12] to "obtain for the United States…the most competent amateur representation possible in each event" of the games;[13] to provide "swift resolution of conflicts"; to "protect the opportunity of any amateur athlete, coach, trainer, manager, administrator, or official to participate in amateur athletic competition";[14] and, recently, "to promote a safe environment in sports that is free from abuse, including emotional, physical, and sexual abuse, of any amateur athlete."[15]<br><br>[15] 36 U.S.C. § 220503(15), added Feb. 14, 2018 by PL115-126, 132 Stat. 318. | A |
| 52 | 10 | In short, the USOC is responsible for the training, entering and funding of U.S. teams for the Olympic, Paralympic, Youth Olympic, Pan American and Para-Pan American Games, while serving as a steward of the Olympic Movement throughout the country. In other words, among the USOC's powers are to "organize, finance, and control the representation of the United States in the competitions and events" of, the Olympic, Paralympic, and Pan-American Games (the "Games").[16]<br><br>[16] 36 U.S.C. § 220505(c)(3). | A |
| 53 | 11 | The USOC accomplishes this by recognizing, for each of the various sports represented in the Games, one eligible amateur sports organization as an NGB for that sport, and the USOC provides substantial financial support to the NGBs.[17]<br><br>[17] 36 U.S.C. §§ 220505(c)(4), (6). | A |
| 57 | 11 | The USOC controls all aspects of every protected competition. | A |
| 59 | 11 | The USOC then enters the athletes and coaches in the protected competitions. | A |
| 60 | 11 | The Sports Act gives the USOC the power to control all of the NGBs. | A |
| 62 | 11 | The Sports Act gives the USOC the power to enforce compliance by the NGBs with all requirements of the Sports Act. | A |
| 63 | 12 | Such power includes the power to put NGBs on probation, to replace the entire board of any NGB, or to de-certify an NGB. | A |
| 64 | 12 | The Sports Act allows the USOC to force NGBs to adopt policies and procedures to ensure the physical safety of athletes. | A |
| 65 | 12 | For example, in 1999, the USOC required all NGBs to purchase insurance to specifically cover the sexual assaults of any minor. | A, C |

| 66 | 12 | If NGBs did not purchase sexual abuse insurance, their members would not be permitted to use the USOC training facilities in Chula Vista, California; Lake Placid, New York; Marquette, Michigan; or Colorado Springs, Colorado. | **A, C** |
| --- | --- | --- | --- |
| 67 | 12 | In 2010 the USOC created a task force to make recommendations to address the issue of child sexual assault in USOC controlled sports. | **A** |
| 68 | 12 | In September 2012 that task force presented its recommendation to the USOC Board of Directors. | **A** |
| 69 | 12 | The USOC Board took no action on those recommendations for almost two years. | **A** |
| 70 | 12 | Finally, the USOC adopted a Safe Sport Handbook in 2012, which set forth a minimum standards policy. | **A** |
| Footnote 19 | | 19 U.S. House Comm. on Energy & Commerce, *Memorandum re Hearing entitled "Examining the Olympic Community's Ability to Protect Athlete's from Sexual Abuse,"* (May 21, 2018), https://docs.house.gov/meetings/IF/IF02/20180523/108356/HHRG-115-IF02-20180523-SD002.pdf. | **E (note 19)** |
| 75 | 13 | By 2014 the USOC knew that sexual abuse of children was widespread in the U.S. Olympic Sports Movement. | **A** |
| 76 | 13 | The USOC is fully aware of the pervasive amount of child rape in its member NGBs. | **A** |
| 77 | 13 | The USOC is the final authority in U.S. Olympic Sport. | **A** |
| 79 | 13 | Although the USOC and the NGBs are restricted by statute from engaging in business for profit,[20] and although USOC receives no permanent funding from the federal government, the Olympics—and the competitive amateur sports industry that feeds into it—is big business. | **A, C** |
| 81 | 14 | Each Olympic athlete has a direct commercial relationship with the USOC, which imposes a list of "commercial terms"[21] upon each athlete as a precondition for participating: | **A** |

| | | | |
|---|---|---|---|
| | | [screenshot of teamusa.org "Commercial Terms" page]<br><br>[21] *Commercial Terms*, TEAMUSA.ORG, https://www.teamusa.org/Athlete-Resources/Athlete-Ombudsman/Commercial-Terms. | |
| 83 | 15 | Although this commercial relationship benefits both athletes and the USOC, the commercial benefits that flow to the USOC are massively larger. | **A** |
| 84 | 15 | In 2016 alone, the USOC generated $339 million in unconsolidated revenue.[23]<br><br>[23] UNITED STATES OLYMPIC COMMITTEE 2016 ANNUAL REPORT 41 (2016), http://2016annualreport.teamusa.org/USOC_32554_AR16.pdf. Funding sources include Broadcast rights ($169M); Marks rights ($194M); Licensing Royalties ($21M); Contributions ($98M) and Other ($112M). | **A** |
| 85 | 15 | The USOC generates billions of dollars in licenses and sponsorships because it controls all aspects of and for the NGBs. | **A** |
| 86 | 15 | The USOC provides financial support to USA Diving. | **A, C** |
| 87 | 15 | According to its 2016 tax returns, over $1,600,000 of USA Diving's nearly $2,000,000 budget came from "grants." | **A, C** |
| 88 | 15 | The USOC is believed to be the largest source of these "grants." | **A, C** |
| 89 | 15 | USA Diving is completely dependent on the USOC's financial support. | **A, C** |
| 90 | 15 | According to Team USA's website, in May 2014, NBC Sports signed a deal worth $7.75 billion to broadcast the Olympic games through 2032.[24] | **A, C**<br>**E (note 24)** |

| | | | |
|---|---|---|---|
| | | [24] Amy Rosewater, *NBC, IOC Ink $7.75 Billion Deal for Games*, TEAMUSA.ORG (MAY 7, 2014), https://www.teamusa.org/News/2014/May/07/NBC-IOC-Ink-775-Billion-Deal-For-Games. | |
| 91 | 15 | Larry Probst, the USOC Chairperson, described this as a "terrific deal" and NBC Sports Chairperson Mark Lazarus explained, "The Games are very important pieces of real estate."[25]<br><br>[25] *Id.* | A, C<br>E (note 25) |
| 92 | 15 | The corporate sponsorships of Team USA generate hundreds of millions of dollars of additional revenue off the backs of the athletes who wear Team USA uniforms.[26]<br><br>[26] *Sponsors*, TEAMUSA.ORG, https://www.teamusa.org/sponsors (last visited May 2, 2018). | A, C<br>E (note 26) |
| 93 | 16 | Without Team USA's athletes competing, including divers, the USOC would not earn any revenue, would not have any television deals with NBC, would not have any endorsements, and would not have any sponsors. | A |
| 94 | 16 | The USOC itself states this on its website, noting that it "does not receive federal financial support" and that it "generat[es] revenue" by "licenses" to sponsors:<br><br>HOME > ABOUT THE USOC > INSIDE THE USOC<br>**Inside the USOC**<br><br>Olympic Movement<br>History<br>Leadership<br>Programs<br>Meetings<br>Awards<br><br>NIKE ESSENTIALS<br>SHOP NOW<br><br>The United States Olympic Committee was reorganized by the Ted Stevens Olympic and Amateur Sports Act, originally enacted in 1978. It is a federally chartered nonprofit corporation and does not receive federal financial support (other than for select Paralympic military programs). Pursuant to the Act, the USOC has the exclusive right to use and authorize the use of Olympic-related marks, images and terminology in the United States. The USOC licenses that right to sponsors as a means of generating revenue in support of its mission. Unlike most other nations, the United States does not have a sports ministry.<br><br>The USOC has two primary responsibilities in its oversight of Olympic and Paralympic sport in the United States. The first is to generate resources in support of its mission, which is to help American athletes achieve sustained competitive excellence. The second is to ensure organizational resources are wisely and effectively used to that end. | A |

| 95 | 16-17 | Despite having hundreds of millions of dollars to spend on the safety and wellbeing of the athletes whose labor earned this money, the USOC and USA Diving (along with the other NGBs controlled by the USOC) decided over the last two decades to not pay for reasonable compliance or security measures to ensure that coaches or other executives were not sexually abusing, exploiting, or trafficking female athletes—even though they knew this abuse was occurring. | A, C |
|---|---|---|---|
| 96 | 17 | The USOC did nothing from 2010-2015 to ensure that USA Diving was complying with the Safe Sport program mandated by the USOC. | A |
| 97 | 17 | The USOC identified the need for Safe Sport in 2010, but it did nothing to actually operate and enforce the terms of Safe Sport until several years later, as explained below. This delay allowed pedophile coaches to prey on Team USA's vulnerable athletes for several years. | A |
| 98 | 17 | The USOC's U.S. Center for Safe Sport ("SafeSport"), an ostensibly independent entity designed to investigate and report on sexual misconduct, is sponsored by NBC Sports, the National Basketball Association, and the Women's National Basketball Association,28 which further shows that all aspects of Team USA and the USOC are commercial:<br><br>28 Safesport, SAFESPORT.ORG, www.safesport.org. | A |
| 99 | 17 | Despite the USOC's knowledge of rampant sexual abuse in its ranks, including in USA Diving, it continues to leave SafeSport radically underfunded and unsupported. | A |
| 100 | 18 | In 2018, the USOC vowed to "double its funding" of SafeSport—but without saying what the original amount being "doubled" even is:<br>**How much funding does the USOC dedicate to safe sport?**<br>Beginning in 2018, the USOC will effectively double its funding for the U.S. Center for SafeSport to enable the hiring of more investigators and staff, improve the timely resolution of cases, enhance ongoing communication for victims and their families, provide age-appropriate training on recognizing and helping to prevent abuse, and offer better and more accessible resources online. 29<br><br>29 *Safe Sport*, TEAMUSA.ORG, https://www.teamusa.org/About-the-USOC/Safe-Sport | A |
| 101 | 18 | The USOC has admitted that it "has an important responsibility to create positive, safe and secure environments for American athletes."30<br><br>30 *Safe Sport*, TEAMUSA.ORG, https://www.teamusa.org/about-the-usoc/safe-sport | A |
| 102 | 18 | The USOC has stated that its "top priority is to protect, support and empower every athlete in our community."31<br><br>31 *Id*. | A |
| 103 | 18 | At the same time, the USOC has admitted: "We recognize that the system failed too many girls and women, and we have already taken many important steps - | A |

11

| | | | |
|---|---|---|---|
| | | including commissioning an independent investigation and demanding a complete leadership and culture change at USA Gymnastics."32<br><br>32 *Id*. | |
| 104 | 18 | Despite creating the Safe Sport Initiative in 2012, which it calls the "first-of-its-kind abuse prevention program," it waited two years to even create the U.S. Center for Safe Sport:<br>In June 2014, the USOC reaffirmed its commitment to advance the safety and well-being of American athletes by approving the creation of the U.S. Center for SafeSport – an independent entity designed to oversee education programs, and investigate and adjudicate sexual misconduct claims in sports that are managed by USOC-sanctioned NGBs. Participation in the entity – which launched in March 2017 – is a condition of continued membership in the USOC.33<br><br>33 *Id*. | A |
| 105 | 19 | The USOC waited an additional three years to open the Center for Safe Sport in 2017. | A |
| 106 | 19 | As this lawsuit exposes, the USOC has done absolutely nothing to stop any of the ongoing sexual abuse of the USA Diving athletes. | A |
| 107 | 19 | This is despicable given the actual knowledge that the USOC admits it had back in 2010:<br>**Why was the U.S. Center for SafeSport originally created?**<br>In 2010, the USOC determined that sexual and physical abuse warranted greater attention and convened a working group of internal and external experts to provide recommendations about how to improve the community's prevention and response efforts. As the recommendations were implemented, the USOC concluded that the U.S. Olympic and Paralympic movements would benefit from the creation of an independent entity dedicated to investigating and resolving all allegations of sexual abuse associated with any of the USOC's recognized NGBs.34<br><br>34 *Id.* | A |
| 108 | 19 | In its own words, the USOC has stated that it alone "***is responsible*** for the training, entering and funding" of Team USA and all Olympic sports.35<br><br>35 *About the USOC*, TEAMUSA.ORG, https://www.teamusa.org/About-the-USOC. | A |
| 109 | 19 | In its own words,36 the USOC has stated:<br><br>The USOC has two primary responsibilities in its oversight of Olympic and Paralympic sport in the United States. The first is to generate resources in support of its mission, which is to help American athletes achieve sustained competitive excellence. The second is to ensure organizational resources are wisely and effectively used to that end. | A |
| 110 | 20 | As this case demonstrates, the USOC has breached its duty to meet either of its two responsibilities. | A |

| | | | |
|---|---|---|---|
| 111 | 20 | In the wake of the Larry Nassar scandal, Scott Blackmun, then-CEO of the USOC, was forced to write an open letter on January 24, 2018, to the victims of sexual abuse caused by the USOC and the NGBs, and in doing so admitted: "We have said it in other contexts, but we have not been direct enough with you. We are … sorry that you weren't afforded a safe opportunity to pursue your sports dreams. The Olympic family is among those that have failed you."37<br><br>37 Open Letters to Team USA Athletes Regarding Nasser Case, TEAMUSA.ORG, Jan. 24, 2018, https://www.teamusa.org/News/2018/January/24/Open-Letters-To-Team-USA-Athletes-Regarding-Nassar-Case | A<br>E (note 37) |
| 112 | 20 | In this January 24 letter, Mr. Blackmun also stated that the USOC must "**Change the Corporate Structure of the NGB.**"38<br><br>38 *Id.* (emphasis in original). | A<br>E (note 38) |
| 113 | 20 | At the same time they were sexually exploiting and trafficking the very athletes whose labor generated all of the revenue, the Olympic officers made sure to pay themselves exorbitant salaries. | A |
| 114 | 20 | Scott Blackmun paid himself a salary of $1.25 million in 2013. | A |
| 115 | 20 | In 2016, there were 129 USOC employees who were paid more than $100,000. | A |
| 116 | 20 | Scott Blackmun and other USOC employees received thousands of dollars in "per diem" for the numerous days he spent traveling domestically and internationally. | A |
| 117 | 20 | In fact, the former CEO of USA Diving, Linda Paul, made $172,000 in salary and another $26,000 in other compensation in 2016. | C |
| 118 | 21 | USA Diving's "high performance director," Scott Foley, made nearly $140,000 in salary and $26,000 in other compensation in 2016. | C |
| 119 | 21 | Both Foley and Paul received a "per diem" similar to Blackmun. | C |
| 120 | 21 | USOC and NGB employees travel domestically and internationally to do site visits and attend conferences and meetings to award upcoming championships to interested cities and nations. | A |
| 121 | 21 | On these trips USOC and NGB employees are fawned over and wooed. | A |
| 122 | 21 | USOC and NGB officials do not want to jeopardize their lavish lifestyles. | A |
| 125 | 21 | The USOC provides funding to each NGB. | A, C |
| 126 | 21 | For example, the USOC distributed $55.9 million in grants to its NGBs in 2016.39<br><br>39 UNITED STATES OLYMPIC COMMITTEE 2016 ANNUAL REPORT, *supra* note 25, at 27; *see also* Eddie Pells, *With USOC in Turmoil, Athletes Testify About Sex-Abuse Cases*, HOUSTON CHRON. (Apr. 18, 2018) (noting that the USOC, embroiled in sex abuse scandals, and with commercial partners hesitant to strike deals under the current climate, doubled its funding for the US Center for SafeSport, which opened in 2017, to $3.1 million in 2018). | A, C<br>E (note 39) |
| 127 | 21 | The USOC is the largest single source of funding for USA Diving. | A, C |

| | | | |
|---|---|---|---|
| 141 | 22 | Since 1999 or before, the USOC has required USA Diving to carry specific insurance for sexual abuse. | C |
| 142 | 22 | Since 1999 or before, USA Diving has maintained liability insurance for the sexual abuse of its members. | C |
| 143 | 22 | USA Diving provides specific sexual molestation insurance to its clubs. | C |
| 144 | 23 | USA Diving provides specific sexual molestation insurance coverage to the Ohio State Diving Club. | C |
| 145 | 23 | USA Diving provides specific sexual molestation insurance coverage to its coaches. | C |
| 146 | 23 | USA Diving provides or provided specific sexual molestation insurance coverage to William Bohonyi. | C |
| 147 | 23 | All Plaintiffs are among the intended beneficiaries of USA Diving sexual abuse insurance. | C |
| 151 | 23 | USA Diving had received numerous complaints about sexual abuse of minor and young adult athletes prior to 2015. | F |
| 152 | 23 | USA Diving has chosen not make these complaints public. | F |
| 153 | 23 | USA Diving has not reported any allegations of child sexual abuse committed by its member coaches to law enforcement. | F |
| 155 (footnote 41) | 24 | 41 USADA's CEO Travis Tygert and Legal Affairs Director Onye Ikwuakor both litigated against children who were molested in USOC-controlled sports while they worked for Holme Roberts & Owen (now Bryan Cave) in Colorado Springs. Former USOC CEO Scott Blackmun was a partner at Bryan Cave. | E (note 41) |
| 161 | 24 | Part of each membership fee is used to purchase specific sexual abuse insurance. | C |
| 162 | 24 | Each NGB is mandated to carry specific sexual abuse insurance coverage by the USOC. | C |
| 193 | 27 | Because the USOC did nothing to stop the sexual abuse and exploitation of Team USA's athletes for so many years, Congress finally intervened in 2017. | A |
| 194 | 27 | The 2017 Sports Abuse Act was overwhelmingly popular and bipartisan. | B |
| 195 | 28 | It sailed through the House (406-3), was approved by the Senate unanimously, was quickly signed by the President, and took effect in February 2018. | B |
| 196 | 28 | At the time, Senator Nelson said: "It's a stain on our country that many of our own young Olympic athletes were sexually abused for years by the very adults they entrusted to train them and keep them safe." | B |
| 197 | 28 | Senator Nelson continued: "No aspiring athlete deserves to have their dream or moment of Olympic gold stolen from them by the actions of a sexual predator. These heinous crimes and the culture that allowed them to go undetected for so long must come to an immediate end." | B |
| 198 | 28 | Senator Donnelly said: "Amateur athletics governing bodies like USA Gymnastics have an obligation to athletes, parents, and the sport to ensure that athletes are safe."43<br><br>43 Senator Dianne Feinstein, *Senate Passes Bill Requiring U.S. Amateur Athletic Organizations to Report Sexual Abuse*, FEINSTEIN.SENATE.GOV (Nov. 14, 2017), https://www.feinstein.senate.gov/public/index.cfm/press-releases?ID=2BEC8C16-43E4-412A-8660-3E7EC73104F9. | B<br>E (note 43) |

14

| | | | |
|---|---|---|---|
| 199 | 28 | In announcing the 2017 Sports Abuse Act, Senator Collins applauded the multitude of Olympic sex abuse victims who spoke out in the face of retaliation by Team USA, and she criticized the "corrupt system" that had allowed sexual abuse to fester in Team USA sports for decades.44<br><br>44 *Id.* | B<br>E (note 44) |
| 200 | 28 | Senator Collins explained that the 2017 Act "reform[s] the law that allows victims to sue sex-crime perpetrators by extending the statute of limitations because it's often difficult<br>for children to recognize that they have had crimes committed against them until much later on into adulthood."45<br><br>45 *Id.* | B |
| 201 | 29 | Senator Feinstein (co-author of the law) pointed out that the 2017 Sports Abuse Act "extends the statute of limitations so that victims can sue their abusers 10 years after they become aware of their abuse. This is important because, tragically, survivors often do not fully become aware of their abuse until later in life."46<br><br>46 *Id.* | B |
| 202 | 29 | As part of the 2017 Sports Abuse Act, Congress clarified that an Olympic "event" is more than just the moment of competition; Congress defined the term "event" such that it "includes travel, lodging, practice, competition, and health or medical treatment."47<br><br>47 34 U.S.C. § 20341(10). | B |
| 306 | 38 | Up through the filing of this lawsuit, USA Diving has continued to do business with Nayked Apparel, which openly and notoriously employs Bohonyi as a promotional and marketing specialist. | C, F |
| 307 | 39 | Nayked Apparel provided the meet t-shirts for the 2017 USA Diving Senior Nationals in Columbus, Ohio. | C, F |
| 308 | 39 | Here's a photograph showing Nayked's sponsorship of USA Diving at a 2017 US Diving Meet in Columbus, Ohio:<br><br>Susan G Komen Columbus<br>USA Diving Shop<br>104.9 The River<br>Nayked Apparel | C, F |
| 309 | 39 | USA Diving knows or is willfully blind to the fact that Bohonyi works for Nayked Apparel. | C, F |

| | | | |
|---|---|---|---|
| 310 | 39 | This commercial relationship between Nayked Apparel and USA Diving allows Bohonyi to thrive as a pedophile and provides him with "cover" that he is not banned from participating with USA Diving. As a result, he is seen to work directly with USA Diving through Nayked Apparel. Child athletes and their parents are confused or deceived by this commercial relationship. | C, D, F |
| 314 | 40 | By 2017, USA Diving had actual knowledge that Will Bohonyi was still coaching minor female USA Diving athletes in Westerville, Ohio. | F |
| 315 | 40 | In fact, William Bohonyi was still coaching USA Diving athletes through at least the winter of 2017- 2018. | F |
| 318 | 40 | Bohonyi was easily able to disappear from Ohio State and then reappear without USA Diving or the USOC making sure that other athletes were protected from him. | F |
| 319 | 40 | In fact, Bohonyi was openly and notoriously coaching diving at Westerville Community Center through at least the winter of 2017-18, as well as privately coaching members of USA Diving, including minor female members. | F |
| 322 | 41 | USA Diving's commercial interests are aligned with Bohonyi's in other ways: Nayked Apparel provided the t-shirts for the 2017 USA Diving Senior Nationals in Columbus, Ohio. | C, F |
| 323 | 41 | As of December 2017, Bohonyi was privately coaching a USA Diving and Ohio State club member and competitor of Estee Pryor, Esther Lawrence, in Ohio. | F |
| 325 | 41 | Despite that protective order, USA Diving still allowed Bohonyi to freely roam around (and seek to prey upon) other young, female athletes. | F |
| 326 | 41 | Likewise, USA Diving took no action to protect other female athletes from Bohonyi, even though they knew that Bohonyi was a serial sexual predator who had preyed on numerous female athletes, not just Estee. | F |
| 357 | 44 | Prior to 2015 the USOC took no action to ensure that the NGBs under their control adopted and implemented the USOC mandated Safe Sport Program(s). | A |
| 360 | 44 | This six-plus-month delay allowed Bohonyi to rape Estee countless times. | D, F |
| 361 | 44 | In 2016, SafeSport reached out to Estee. | A |
| 362 | 44 | Safe Sport wanted Estee to review power point slides about the Safe Sport Process. | A |
| 363 | 44 | SafeSport wanted to use Estee's case as a model for how SafeSport should handle complaints. | A |
| 364 | 44 | In reality, SafeSport did nothing to help Estee and only wanted to use her as a tool for their public relations stunts. | A |
| 365 | 44 | Estee asked SafeSport to investigate USA Diving's ongoing relationship with Bohonyi. | A |
| 366 | 44 | But SafeSport did nothing. | A |
| 367 | 44 | And USA Diving was not interested in discussing its ongoing relationship with Bohonyi or his employer, Nayked Apparel. | A, F |
| 368 | 44 | Instead, SafeSport wanted to inquire about nonsensical details that had nothing to do with keeping Estee safe, like a game that Estee and her teammates engaged in called, 'fuck one, kill one, marry one?' | A |