### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

---

### NOTICE OF CHANGE OF ATTORNEY INFORMATION

---

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

I have **pending cases** in the District Court for the Southern District of Indiana

Pending Case Nos.
)
) 1:16-cv-02048-TWP-MJD
) 1:17-cv-02910-JMS-MPB
) 1:17-cv-04412-JRS-TAB
) 1:18-cv-02113-WTL-MJD
) 1:18-cv-03015-WTL-TAB
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---:|---|---|
| **Name:** | Jessica A. Wegg | [No Change] |
| **Law Firm:** | Saeed & Little, LLP | [No Change] |
| **Address:** | 1433 North Meridian Street<br>Suite 202<br>Indianapolis, IN 46202 | 133 West Market Street<br>No. 189<br>Indianapolis, IN 46204 |
| **Primary Email:** | jessica@sllawfirm.com | [No Change] |
| **Secondary Email:** | ribon@sllawfirm.com | [No Change] |
| **Telephone Number:** | (317) 721-9214 | [No Change] |
| **Facsimile:** | (888) 422-3151 | [No Change] |

Date: 10/15/2018         s/ *Jessica A. Wegg*