UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Eszter Pryor, )<br>Logan Kline, )<br>Marissa Johnson, )<br>and Jane Does 4-50, )<br>on behalf of themselves and )<br>all others similarly situated, )<br>) <br>　　　　　Plaintiffs, )<br>)<br>vs. )<br>)<br>USA Diving, Inc., and )<br>Will Bohonyi, )<br>)<br>　　　　　Defendants. ) | Case No. 1:18-cv-2113-WTL-MJD<br><br>Related Case No. 1:18-cv-3015-WTL-MJD |

## AMENDED SUMMONS IN A CIVIL ACTION

TO:　　WILL BOHONYI
　　　　2194 Country Corners Drive
　　　　Columbus, OH 43220

　　　A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) ☐ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ☐ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Jonathan Little*
*Saeed & Little, LLP*
*133 West Market Street, No. 189*
*Indianapolis, IN 46204*

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: ____October 31, 2018____　　　　　　　　BY: _____.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy Clerk*

Civil Action Number: 1:18-cv-2113-WTL-MJD