UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, LOGAN KLINE, MARISSA JOHNSON, and JANE DOES 4-50, on behalf of themselves and all Others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>USA DIVING, INC., and WILL BOHONYI,<br><br>    Defendants. | Case No. 1:18-cv-2113-WTL-MJD |

**DEFENDANT USA DIVING, INC.'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant USA Diving, Inc. ("USAD"), by counsel, respectfully submits its Preliminary Witness and Exhibit List and reserves the right to amend or supplement this list as information becomes available. The Witnesses and Exhibits listed below are based upon information presently known and available at this time and USAD anticipates that additional witnesses and exhibits will be developed and identified as this case and discovery proceeds, and therefore these lists cannot and are not intended to be exhaustive at this time.

**WITNESS LIST**

The following witnesses may be called to testify at a hearing, trial or by deposition in this matter:

1. Linda Paul, former President and CEO, USA Diving

2. Taylor Payne, USA Diving Membership Director

3. Christine Thompson, Aquatics Director, Ohio State University

4. Kimberly McKee-OSU-HR

5. Logan Kline

6. Williams Walker, Jr., Attorney, USA Diving National Board of Review Chair

7. Jeff Huber, Director of Education

8. John Appleman, Former Head Coach, OSU Swimming and Diving

9. Kevin Rockhill

10. Eszter Pryor

11. George Pryor, Jr.

12. Susan Pryor

13. Linda George

14. Marisa Johnson

15. Will Bohonyi

16. Parents or guardians of all named Plaintiffs and putative class members.

17. Designated corporate or organization representative(s) of Indiana University, Indiana Diving, Ohio State Swimming and Diving, and/or Nayked Apparel as may be determined at a later date.

18. Any expert witness(es) identified or to be identified or disclosed by Plaintiffs.

19. Any expert witness(es) identified or to be identified or disclosed by Defendants.

20. All medical providers and treating professionals for all Plaintiffs and putative class members.

21. Any and all witnesses identified Plaintiffs or Defendants on any witness list or as part of any discovery response.

22. All witness necessary for authentication, evidentiary foundation, impeachment or rebuttal.

23. Any additional witnesses identified during the course of discovery in this matter.

24. Any witnesses identified in the parties' discovery responses or documents produced.

As discovery is in its initial stages and not complete, USAD reserves the right to amend or supplement its witness list.

**EXHIBIT LIST**

The following records, documents or exhibits may be introduced or otherwise used at hearing or trial:

1. USA Diving membership records for Eszter Pryor, Logan Kline, Marisa Johnson, and Will Bohonyi.

2. USA Diving Public Records Request to OSU on September 5, 2014 requesting a copy of the August 29, 2014 OSU's HR investigative report into Will Bohonyi.

3. Eight (8) page OSU HR Report of Investigation into Will Bohonyi dated August 29, 2014 which indicates that OSU Police and Franklin County Ohio Children's Services had been notified.

4. Taylor Payne e-mails with OSU HR Kimberly McKee confirming that Franklin County Ohio Children's Services were notified.

5. Franklin County Ohio Children's Services letter to George Pryor dated September 12, 2014 advising that allegations of abuse were sustained.

6. USA Diving NBR Complaint against Will Bohonyi dated October 16, 2014.

7. Copies of October 16, 2014 and October 17, 2014 text messages between Kevin Rockhill and Eszter Pryor about Will Bohonyi provided to USA Diving.

8. Non-privileged records regarding the USA Diving NBR proceeding against Will Bohonyi.

9. Relevant USA Diving Bylaws.

10. Protective Order obtained by George Pryor, Jr. in Ohio on November 19, 2014 preventing Will Bohonyi from having contact with Eszter Pryor for a period of four years through October 30, 2019.

11. Temporary suspension Order issued against Will Bohonyi by USAD NBR on November 26, 2014.

12. Logan Kline Declaration used in USA Diving NBR signed December 11, 2014.

13. USA Diving NBR Decision dated February 11, 2015 banning Will Bohonyi from membership in USA Diving for life.

14. USA Diving list of individuals permanently ineligible for membership in USA Diving.

15. Susan Pryor's email to USA Diving on April 22, 2017 advising that her Daughter Eszter would try to get USA Diving to drop the lifetime suspension of Will Bohonyi.

16. Eszter Pryor's text message in November 2017 to Kevin Rockhill.

17. News articles and press interviews with Eszter Pryor about the lawsuit during July 2018, and subsequently.

18. All communications and posts by or about Plaintiffs on the internet, social medial, personal websites, and text messages regarding information relevant to this action, claims, alleged damages or defenses.

19. All law enforcement and Ohio prosecuting attorney files, investigations and statements relating to Plaintiffs or Defendant Will Bohonyi.

20. All documents produced by Plaintiffs to Defendants.

21. All documents produced by Defendants to Plaintiffs.

22. All documents produced by non-parties.

23. Demonstrative evidence or exhibits that may be later identified.

24. All answers and responses to discovery.

25. All documents relating to or consisting of prior statements by Plaintiffs.

26. All documents identified by Plaintiffs as a potential exhibit or relevant document, and any additional documents identified during discovery in this matter which is continuing.

27. All documents reviewed, relied upon or created by experts for Plaintiff or Defendants.

28. All documents necessary for authentication, impeachment or rebuttal.

29. All documents identified by Defendants or Plaintiffs on any of their exhibit lists or in their discovery responses.

30. All filings and pleadings in this matter.

31. All depositions taken in this matter, or of Plaintiffs.

As discovery is in its initial stages and not complete, USAD reserves the right to amend or supplement its exhibit list.

Respectfully submitted,

*/s/ Bernard L. Pylitt*
Bernard L. Pylitt, No. 5851-49
Kristopher N. Kazmierczak, No. 19430-49
KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100 Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com
       kkaz@kkclegal.com

*Attorneys for USA Diving, Inc., Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Jessica A. Wegg<br>Jonathan Charles Little<br>SAEED & LITTLE LLP<br>jessica@sllawfirm.com<br>jon@sllawfirm.com<br>*Attorneys for Plaintiffs* | Rex A. Sharp, *Pro Hac Vice*<br>Larkin E. Walsh, *Pro Hac Vice*<br>Ryan C. Hudson, *Pro Hac Vice*<br>Scott B. Goodger, *Pro Hac Vice*<br>Sarah T. Bradshaw, *Pro Hac Vice*<br>REX A. SHARP, P.A.<br>rsharp@midwest-law.com<br>lwalsh@midwest-law.com<br>rhudson@midwest-law.com<br>sgoodger@midwest-law.com<br>sbradshaw@midwest-law.com<br>*Attorneys for Plaintiffs* |
| B. Robert Allard<br>CORSIGLA MCMAHON AND ALLARD<br>rallard@cmalaw.net<br>*Attorney for Plaintiffs* | |
| Stephen Estey<br>ESTEY & BOMBERGER LLP<br>steve@estey-bomberger.com<br>*Attorney for Plaintiffs* | Bernard L. Pylitt<br>Kristopher N. Kazmierczak<br>KATZ KORIN CUNNINGHAM PC<br>bpylitt@kkclegal.com<br>kkaz@kkclegal.com<br>*Attorneys for Defendant USA Diving, Inc.* |

                                                   */s/ Bernard L. Pylitt*
                                                   Bernard L. Pylitt

KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100
Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com
           kkaz@kkclegal.com