UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, LOGAN KLINE, MARISSA JOHNSON, SARAH BARKER, and JANE DOES 5-50, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:18-cv-2113-WTL-MJD |
| v. | )<br>) |
| USA DIVING, INC., and WILL BOHONYI, | )<br>)<br>) |
| Defendants. | ) |

**DEFENDANT USA DIVING, INC.'S**
**MOTION TO IMMEDIATELY STAY ACTION**

Defendant USA Diving, Inc. ("USA Diving") respectfully moves pursuant to 18 U.S.C. § 1595(b)(1) to immediately stay this action because a criminal investigation and prosecution proceeding is pending against Defendant Will Bohonyi ("Bohonyi") based on the same underlying allegations of sexual abuse as alleged in this civil action. In support of this Motion, USA Diving states:

1. On December 4, 2018, Plaintiffs filed the Second Amended Complaint ("SAC"). Plaintiffs' bring claims in the SAC under 18 U.S.C. § 1595(a) for alleged violations of 18 U.S.C. §§ 1589 and 1590 based on sexual abuse allegedly committed by Bohonyi against Plaintiffs.

2. The SAC brings the following purported claims: Count 1: Forced Labor 1589(a)/1595(a); Count 2: Benefitting from Forced Labor 1589(b)/1595(a); Count 3: Trafficking in Forced Labor 1590(a)/1595(a); Count 4: Forced Labor 1589(a)/1595(a)/2255; Count 5: Benefitting from Forced Labor 1589(b)/1595(a)/2255; Count 6: Trafficking in Forced Labor

1590(a)/1595(a); Count 7: Sexual Exploitation, Transportation and Illegal Sexual Activity 2241(c)/2243/2422/2423(a), (b) and (c)/2255; Count 8: Sexual Exploitation in Children 2251/2252/2255; Count 9: Forced Labor 1589(a)/1595(a)/2255; Count 10: Benefitting from Forced Labor 1589(b)/1595(a)/ 2255; Count 11: Sexual Exploitation of Children 2251/2252/2255; Count 12: Forced Labor 1589(a)/1595(a)/2255; Count 13: Benefitting from Forced Labor 1589(b)/ 1595(a)/2255; Count 14 Sexual Exploitation of Children 2251/2252/2255; Count 15: Negligence (Maryland); and Count 16: Negligence.

3. The federal claims plead in the SAC are based, in part, on the following category of allegations as to Bohonyi's alleged conduct: "During his time at the Ohio State Diving Club, Bohonyi sexually assaulted, molested, and raped Estee Pryor multiple times" [SAC ¶186]; "On July 4, 2014, Bohonyi told Estee to send him naked pictures of herself" [*Id.* ¶ 307]; "On July 7, 2014, when Estee was 16 years old, Bohonyi forced Estee to perform oral sex on him on the Ohio State campus." [*Id.* ¶ 309]. These dates also correspond with the dates of incidents alleged in the Indictment referenced below.

4. Section 1595 provides that "[a]ny civil action filed under subsection (a) shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." The term "'criminal action' includes investigation and prosecution and is pending until final adjudication in the trial court." 18 U.S.C. § 1595(b)(1) and (2). "[F]inal adjudication" refers to sentencing and the entry of judgment. *Lunkes v. Yannai*, 882 F. Supp. 2d 545, 549 (S.D.N.Y. 2012).

5. A Section 1595 stay applies to and covers all defendants, and all claims. *Id*. ("the risk of interference with criminal prosecution is fully addressed only be extending the stay to all defendants."). "[T]his interpretation comports with the ordinary meaning of Section 1595's

command that '[a]ny civil action' brought under [Section 1595] be stayed during the pendency of 'any criminal action arising out of the same occurrence of which the claimant is the victim.'" *Id*.

6. To be clear, "the stay applies to the whole case." *Id*. And, "[t]he relevant statute makes a stay mandatory." *Ara v. Khan*, 2007 WL 1726456, at *1 (E.D.N.Y. June 14, 2007)

7. On November 30, 2018, the Grand Jury for Franklin County, Ohio returned and filed with the Clerk an Indictment for four counts against Bohonyi in the matter of *State of Ohio v. Will Bohonyi*, case number 18CR005888 before the Franklin County Court of the Common Pleas ("Criminal Action"). See, docket and Indictment attached as Exhibit A.

8. Bohonyi was indicted on three counts of Sexual Battery, F3 Felonies, and one count of Pandering Sexually-Oriented Matter Involving a Minor, F2 Felony, in the Criminal Action. The allegations in the Criminal Action are based on the same allegations in this case by Plaintiff Eszter Pryor. The description of conduct and dates outlined in the Criminal Action overlap and are the same events alleged in this civil action.

9. Accordingly, pursuant to 18 U.S.C. § 1595(b)(1) a mandatory stay must be imposed due to and while the Criminal Action is pending.

WHEREFORE, Defendant USA Diving, Inc. respectfully requests the Court to stay this action until the Criminal Action is fully adjudicated, and for all other just and proper relief.

Respectfully submitted,

*/s/ Kristopher N. Kazmierczak*

Bernard L. Pylitt, No. 5851-49
Kristopher N. Kazmierczak, No. 19430-49
KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100 Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com
kkaz@kkclegal.com

*Attorneys for USA Diving, Inc., Defendant*

## CERTIFICATE OF SERVICE

        I hereby certify that on the 12th day of December, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

Jessica A. Wegg
Jonathan Charles Little
SAEED & LITTLE LLP
jessica@sllawfirm.com
jon@sllawfirm.com
*Attorneys for Plaintiffs*

B. Robert Allard
CORSIGLA MCMAHON AND ALLARD
rallard@cmalaw.net
*Attorney for Plaintiffs*

Stephen Estey
ESTEY & BOMBERGER LLP
steve@estey-bomberger.com
*Attorney for Plaintiffs*

Rex A. Sharp, *Pro Hac Vice*
Larkin E. Walsh, *Pro Hac Vice*
Ryan C. Hudson, *Pro Hac Vice*
Scott B. Goodger, *Pro Hac Vice*
Sarah T. Bradshaw, *Pro Hac Vice*
REX A. SHARP, P.A.
rsharp@midwest-law.com
lwalsh@midwest-law.com
rhudson@midwest-law.com
sgoodger@midwest-law.com
sbradshaw@midwest-law.com
*Attorneys for Plaintiffs*

Bernard L. Pylitt
Kristopher N. Kazmierczak
KATZ KORIN CUNNINGHAM PC
bpylitt@kkclegal.com
kkaz@kkclegal.com
*Attorneys for Defendant USA Diving, Inc.*

                                              */s/ Kristopher N. Kazmierczak*
                                              Bernard L. Pylitt

KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: 317-464-1100
Facsimile: 317-464-1111
Email: bpylitt@kkclegal.com
         kkaz@kkclegal.com