UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, LOGAN KLINE, MARISSA JOHNSON, SARAH BARKER, and JANE DOES 5-50, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:18-cv-2113-WTL-MJD |
| v. | ) ) |
| USA DIVING, INC., and WILL BOHONYI, | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT USA DIVING, INC.'S MOTION TO IMMEDIATELY STAY ACTION

Defendant USA Diving, Inc., having filed its Motion to Immediately Stay Action, and the Court being duly advised hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby STAYED pursuant to 18 U.S.C. § 1595(b)(1) until the criminal action in the matter of *State of Ohio v. Will Bohonyi*, case number 18CR005888 before the Franklin County Court of the Common Pleas is fully adjudicated. All pending motions are **DENIED** without prejudice, and the Clerk is **DIRECTED** to administratively close this case. Counsel for Plaintiffs shall inform the Court within thirty (30) days of the final adjudication of said criminal action.

IT IS SO ORDERED.

Dated: 12/28/2018

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

cc:   All counsel of record, by operation of the Court's ECF system