# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Eszter Pryor, Logan Kline, Marissa Johnson and Jane Does 4-50, on behalf of themselves and all others similarly situated<br><br>       Plaintiffs,<br><br>vs.<br><br>USA Diving, Inc.,<br><br>and<br><br>Will Bohonyi,<br><br>       Defendants. | Civil Case No. 1:18-CV-2113 |

## NOTICE OF ERRATA RE WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFFS

COMES NOW, Steve Estey, of Estey & Bomberger LLP, and hereby notifies the Court and all parties herein, that the Notice of his Withdrawal as counsel of record for Eszter Pryor, Logan Kline, Marissa Johnson and Jane Does 4-50 ("Plaintiffs") in the above-captioned action, was filed in error and Stephen J. Estey remains counsel for plaintiffs in this action.

Dated: June 26, 2019   Respectfully submitted,

/s/ Stephen J. Estey
Stephen J. Estey
Estey & Bomberger, LLP
2869 India Street
San Diego, CA 92103
619-295-0035
steve@estey-bomberger.com
**Attorney for Plaintiffs**

\#

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of NOTICE OF ERRATA RE WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFFS was filed and served, via the CM/ECF system on June 26, 2019, on all counsel of record.

*(A duly signed original is available at the office of Estey & Bomberger, LLP*

By: */s/ Stephen J. Estey*
Attorney for Plaintiffs