IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Eszter Pryor,<br>Logan Kline,<br>Marissa Johnson,<br>Sarah Barker,<br>and Jane Does 4-50,<br>on behalf of themselves and<br>all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>USA Diving, Inc., and<br>Will Bohonyi,<br><br>      Defendants. | No. 1:18-CV-2113-WTL-MJD<br><br>CLASS ACTION |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

Please take notice that, on January 3, 2020, Rex A. Sharp P.A. and the Law Offices of George A. Barton merged to form Sharp Barton, LLP. Please update your records to reflect the new firm name and email addresses for Plaintiffs' counsel as shown in the signature block below. The physical mailing address, phone and fax numbers remain the same. Contact information for co-counsel remains the same.

Respectfully submitted,

/s/ *Rex A. Sharp*
Rex A. Sharp, *admitted PHV*
Ryan C. Hudson, *admitted PHV*
Larkin E. Walsh, *admitted PHV*
Sarah T. Bradshaw, *admitted PHV*
SHARP BARTON, LLP

>5301 W. 75th Street
>Prairie Village, KS  66208
>(913) 901-0505
>(913) 901-0419 fax
>rex@sharpbarton.com
>ryan@sharpbarton.com
>larkin@sharpbarton.com
>sarah@sharpbarton.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This certifies that on this 3rd day of January, 2020, I electronically transmitted the above document to the Clerk of the Court using the CM/ECF system for filing. Accordingly, a Notice of Electronic Filing will be automatically transmitted to all counsel of record who have registered for the CM/ECF system.

>*s/ Rex A. Sharp*