# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Eszter Pryor,<br>Logan Kline,<br>Marissa Johnson,<br>Sarah Barker,<br>and Jane Does 4-50,<br>on behalf of themselves and<br>all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>USA Diving, Inc., and<br>Will Bohonyi,<br><br>        Defendants. | No. 1:18-CV-2113-WTL-MJD<br><br><br><br><br><br><br><br>**CLASS ACTION** |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

Please take notice that effective April 01, 2020, Sharp Barton, LLP changed its name to Sharp Law, LLP and its email addresses. Please update your records to reflect the new firm name and email addresses for Plaintiffs' counsel as shown in the signature block below. The mailing address remains the same.

                                        Respectfully submitted,

                                        /s/ *Rex A. Sharp*
                                        Rex A. Sharp, *admitted PHV*
                                        Ryan C. Hudson, *admitted PHV*
                                        Larkin E. Walsh, *admitted PHV*
                                        Sarah T. Bradshaw, *admitted PHV*
                                        SHARP LAW, LLP
                                        5301 W. 75th Street
                                        Prairie Village, KS  66208

(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This certifies that on this 1st day of April 2020, I electronically transmitted the above document to the Clerk of the Court using the CM/ECF system for filing. Accordingly, a Notice of Electronic Filing will be automatically transmitted to all counsel of record who have registered for the CM/ECF system.

*s/ Rex A. Sharp*