IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Eszter Pryor,<br>Logan Kline,<br>Marissa Johnson,<br>Sarah Barker,<br>and Jane Does 4-50,<br>on behalf of themselves and<br>all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>USA Diving, Inc., and<br>Will Bohonyi,<br><br>   Defendants. | No. 1:18-CV-2113-WTL-MJD<br><br><br>**CLASS ACTION** |

## NOTICE OF WITHDRAWAL OF COUNSEL

COME NOW, Rex A. Sharp, Ryan C. Hudson, Larkin E. Walsh, and Sarah T. Bradshaw, attorneys of record from the firm of Sharp Law LLP, and each hereby request to withdraw their appearances as counsel of record for Eszter Pryor, Logan Kline, Marissa Johnson, Sarah Barker, Jane Does 4-50, and others similarly situated ("Plaintiffs") in the above-captioned action, pursuant to S.D. Ind. L.R. 83-7(b)(1) and (4). Although the four above-named attorneys from Sharp Law, LLP, will no longer represent Plaintiffs, Plaintiffs continue to be represented by other counsel of record, namely Jonathan Little and Jessica Wegg of Saeed & Little, LLP.

               Respectfully submitted,

               /s/ *Rex A. Sharp*
               Rex A. Sharp, *admitted PHV*
               Ryan C. Hudson, *admitted PHV*
               Larkin E. Walsh, *admitted PHV*
               Sarah T. Bradshaw, *admitted PHV*
               SHARP LAW, LLP

5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This certifies that on this 27th day of July, 2020, I electronically transmitted the above document to the Clerk of the Court using the CM/ECF system for filing. Accordingly, a Notice of Electronic Filing will be automatically transmitted to all counsel of record who have registered for the CM/ECF system.

<em>s/ Rex A. Sharp</em>