UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESZTER PRYOR, ) <br> JANE DOES 2-50, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> USA DIVING, INC., ) <br> WILL BOHONYI, ) <br>  ) <br> Defendants. ) | No. 1:18-cv-02113-WTL-MJD |

**ORDER**

The Court hereby acknowledges the Notice of Withdraw of Counsel. [Dkt. 84.] The appearance of Stephen J. Estey on behalf of Plaintiffs is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated:  3 AUG 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.